**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GERALD SULLIVAN,

Plaintiff,

v.

ELEVATOR CONSTRUCTORS UNION LOCAL 9 and LOCAL NO. 9 IUEC,

Defendants.

Civil No. 01-2165 (DWF/FLN)

**ORDER OF REFERENCE**

---

Gerald Sullivan, Pro Se, 2271 Atlantic, Maplewood, MN 55109, Plaintiff.

Kelly Jeanetta, Esq., Miller & O'Brien, 1208 Plymouth Building, 12 South Sixth Street, Minneapolis, MN 55402-1529, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss is referred to Magistrate Judge Franklin L. Noel.

This referral order is based on the letter of service received from defense counsel (Docket No. 6). Counsel are directed to call and schedule the motion with Calendar Clerk Cathy Orlando at 612-664-5110.

Dated: January 16, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 16 2002
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________